# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **CLARE PONTELLO,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:17-cv-00792 |
| v. | ) |
| | ) |
| **US BANK, N.A., et al,** | ) |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the above-referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers. Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Stipulation/Notice of Dismissal herein.

Dated: July 26, 2017

Respectfully Submitted,

**PONTELLO LAW, LLC**

   /s/ Dominic M. Pontello
DOMINIC M. PONTELLO. #60947
Pontello Law, LLC.
406 Boones Lick Rd.
St. Charles, Missouri 63301
(636) 896-4170
(636) 246-0141 facsimile

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 26th day of July 2017, the foregoing was filed electronically and served upon all counsel of record via the Court's ECF filing system.

                                        */s/ Dominic M. Pontello*
                                        Dominic M. Pontello